# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 514 |
| | : | |
| ORDER REVISING THE *COMMENT*S OF | : | CRIMINAL PROCEDURAL RULES |
| RULES 900 AND 901 OF THE | : | |
| PENNSYLVANIA RULES OF CRIMINAL | : | DOCKET |
| PROCEDURE | : | |
| | : | |

## ORDER

**PER CURIAM**

      **AND NOW**, this 1st day of October, 2019, upon the recommendation of the Criminal Procedural Rules Committee; the proposal not having been published before adoption in the interests of justice and efficient administration, and a *Final Report* to be published with this Order**:**

      It is Ordered pursuant to Article V, Section 10 of the Constitution of Pennsylvania that the *Comments* to Pennsylvania Rules of Criminal Procedure 900 and 901 are revised, in the attached form.

      This Order shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective immediately.

Additions to the rules are shown in bold and are underlined.
Deletions from the rules are shown in bold and brackets.